## Commonwealth *v.* Clark, Appellant.

Submitted June 12, 1967. *Ruben Clark, Jr.,* appellant, in propria persona; *Ralph B. D'Iorio* and *Vram S. Nedurian, Jr.,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY and HOFFMAN, JJ., would remand this case to the lower court for consideration of post-trial motions and with the allowance of an appeal from the judgment of sentence nunc pro tunc.

## Commonwealth *v.* Collins, Appellant.

Submitted June 15, 1967. *Emanuel Collins,* appellant, in propria persona; *Michael J. Rotko* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.